```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10210
   DORIS WARREN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3219


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/24/2008 and was not confirmed.

     The case was dismissed without confirmation 07/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
HSBC BANK/OCWEN LOAN    NOTICE ONLY   NOT FILED              .00            .00
WASHINGTON MUTUAL BANK  CURRENT MORTG       .00              .00            .00
HSBC BANK USA           CURRENT MORTG       .00              .00            .00
HSBC BANK USA           SECURED NOT I       .00              .00            .00
WELLS FARGO FINANCIAL IL UNSECURED       766.36              .00            .00
WASHINGTON MUTUAL       NOTICE ONLY   NOT FILED              .00            .00
WASHINGTON MUTUAL BANK  SECURED NOT I       .00              .00            .00
PRO SE DEBTOR           DEBTOR ATTY         .00                             .00
TOM VAUGHN              TRUSTEE                                             .00
DEBTOR REFUND           REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                         ---------------         ---------------
TOTALS                         .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |